THE STATE OF OHIO, APPELLANT, v. OVERHOLSER, APPELLEE.

(No. 2015-0956—Submitted April 7, 2016—Decided May 17, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Marcum*, 146 Ohio St.3d 516, 2016-Ohio-1002, 59 N.E.3d 1231.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, FRENCH, and O'NEILL, JJ., concur.

LANZINGER and KENNEDY, JJ., dissent and would dismiss the appeal as having been improvidently accepted.

D. Andrew Wilson, Clark County Prosecuting Attorney, and Ryan A. Saunders, Assistant Prosecuting Attorney, for appellant.

Richard E. Mayhall, for appellee.